**IT IS ORDERED**

Date Entered on Docket: November 20, 2014



The Honorable David T. Thuma
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Kaye Elizabeth Sandford, 7018,

Debtor.

Case No. 10-14424-t7

## DEFAULT ORDER GRANTING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ABANDONMENT OF PROPERTY LOCATED AT 83 STATE ROAD 41, GALISTEO

This matter came before the Court on the Motion to Abandon Property located at 83 State Road 41, Galisteo, filed on October 30, 2014, Docket No. 418 (the "Motion") by JPMorgan Chase Bank, National Association ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a)  On October 30, 2014, Movant served the Motion and a notice of the Motion (the "Notice") on counsel of record for the Debtor(s) and the case trustee (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtor(s) by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

(b) The Motion relates to the following property:

A certain tract of land being situate within the SW 1/4 and the NW 1/4 of Section 25, Township 14 North, Range 9 East, N.M.P.M., and being more particularly described as follows:
Beginning at the northwest corner of this tract herein described from whence the northwest corner of Section 25, bears N. 31° 42' 15" W., 1653.55 feet; thence, from said point and place of beginning along the following bearings and distances:
N. 43° 10' E., 135.17 feet;
N. 89° 19' E., 1673.77 feet;
S. 2° 43' 16" E., 2248.65 feet;
S. 72° 48 15' W., 144.0 feet;
N. 46° 15' W., 1930.0 feet;
N. 22° 12' 12" W., 903.87 feet;
to the point and place of beginning. Being and intended to be Tract 1. All as shown on plat of survey by Arsenio J. Martinez, dated June 1982 which plat was filed in the Office of the County Clerk, Santa Fe County, New Mexico, on September 17, 1982, as Document No. 502,746.

(the "Property").

(c) The Notice specified an objection deadline of 14 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

(d) The Notice was sufficient in form and content;

(e) The objection deadline expired on November 17, 2014;

(f) As of November 18, 2014, neither the Debtor nor the Trustee, nor any other party in interest, filed an objection to the Motion;

(g) The Motion is well taken and should be granted as provided herein; and

(h) By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies, under penalty of perjury that, on November 18, 2014 Robin L. Hill, Bankruptcy Legal Assistant searched the data banks of the Department of Defense Manpower Data Center ("DMDC"), and found that the DMDC does not possess any information indicating that the Debtor is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. The Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is

property of the estate. As a result, Movant need not name the Trustee as a defendant in any state court action it may pursue to foreclosure liens against the Property and need not notify the Trustee of any sale of the Property.

2. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

XXX END OF ORDER XXX

Submitted by:

LITTLE, BRADLEY & NESBITT, P.A.

By: /S/Electronically submitted/ 11-18-14
Karen H. Bradley
Attorney for Creditor
P.O. Box 3509
Albuquerque, New Mexico 87190
Ph: (505) 248-2400   Fax: (505) 254-4722

Copies to:

William J. Arland, III
Attorney at Law
P.O. 1089
Santa Fe, NM 87504-1357

Yvette J. Gonzales
Trustee
P.O. Box 1037
Placitas, NM 87043-1037

Kaye E. Sandford
Debtor
40 Camino Vista Clara
Galisteo, NM 87540-9743